**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**P.O. Box 9264**
**Des Moines, Iowa 50306-9264**
**www.iasb.uscourts.gov**

In the Matter of:
WOLFORD CORPORATION

Case No: 03-05764

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now comes Cheryl L. Lindholm, 8337 Colby Parkway Apt 443, Des Moines, IA 50322,

represented by American Property Locators, Inc., hereby requests that the court enter an Order for Payment of Unclaimed Funds, and in support of the motion, states:

A check in the amount of $15,675.59 belonging to Cheryl L. Lindholm was tendered to the Clerk of Bankruptcy Court by the case trustee as unclaimed funds.

The amount stated is being held in the Treasury of the United States as unclaimed funds.

Movant is entitled to receive the requested funds based upon (check all that apply):

☐ Movant is the owner of said funds being the owner appearing on the records of this Court.

☐ Movant is the assignee of the owner of the claim to said funds, as evidenced in the attached Affidavit or Assignment or Right.

☐ Movant is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents.

☐ Movant is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents.

RCIASB 10/19/10 15:57

☒ Movant is named in a LIMITED POWER OF ATTORNEY by (grantor) Cheryl L. Lindholm, as evidenced in the attached Power of Attorney document that empowers the movant to collect the unclaimed funds described above on behalf of the grantor:

☒ As the owner of the claim.
☐ As the owner's attorney at law, with authorization to receive said funds.
☐ As the assignee of the owner's claim to said funds.
☐ As the owner's successor in interest.
☐ As the personal representative of the owners estate.

The following documents are submitted, as proof of the movant's identity and status as the owner of claim of entitlement:

☒ Power of Attorney
☐ Formal Assignment
☐ Letter of Appointment
☐ Court Order
☐ Other (describe)___________________________

**WHEREFORE**, movant requests the Court to enter an Order Directing Payment of the Unclaimed Funds described above to Cheryl L. Lindholm, at the following address c/o Nancy McMillan, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 in accordance with the documents submitted in support of this motion.

The movant declares under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. The movant understands that they may be subject to a fine or imprisonment, or both, if they have knowingly and fraudulently made any false statements in this document.

Date: 10/15/2010

Signature [signature]

Name Nancy C. McMillan

Title Finder, APL, Inc.

Address 3855 S. Boulevard, Suite 200
Edmond, OK 73013

SUBSCRIBED AND SWORN before me this 15th day of October, 2010.

OFFICIAL SEAL
MICHAEL CARTWRIGHT
NOTARY PUBLIC – OKLAHOMA
TULSA COUNTY #09009565
My Comm. Expires Nov. 17, 2013

Signature: [signature]
NOTARY PUBLIC in and for the State of Oklahoma, Residing in Tulsa County.

My commission expires: Nov 17, 2013

# LIMITED POWER OF ATTORNEY

Cheryl L. Lindholm, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Nancy C. McMillan of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the WOLFORD CORPORATION bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 8 day of October, 2010.

**PRINCIPAL:**

Cheryl L. Lindholm
(SSN #xxx-xx-5431)

PRINCIPAL'S ADDRESS:
8337 Colby Parkway Apt 443
Des Moines, IA 50322

## ACKNOWLEDGMENT

STATE OF Iowa )

COUNTY OF Polk )

Before me a Notary Public, in and for said County and State on this 8th day of October 2010 personally appeared Cheryl L. Lindholm personally known to me to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
04/14/2013

Notary Public



**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**110 E. Court Avenue, Ste 300**
**Des Moines, Iowa 50309**
**www.iasb.uscourts.gov**

In the Matter of:
WOLFORD CORPORATION

Case No. 03-05764

## IDENTIFICATION FORM FOR UNCLAIMED FUNDS

***INDIVIDUAL***

I, Cheryl L. Lindholm, hereby state that I am a creditor in the above-named case and request payment of my unclaimed funds.

Address: 8337 Colby Parkway Apt 443
Des Moines IA 50322

Social Security Number: XXX-XX 5431

Signature: Cheryl Lindholm
Name: Cheryl Lindholm
Address: 8337 Colby Parkway Apt 443
Des Moines, IA 50322
Telephone: (515) 491-2210

USA IOWA
CHERYL LYNN
8337 COLBY PKWY APT 443
URBANDALE, IA
Cheryl Lindholm
5 442696277LC1355F100415R

**ATTACH A PHOTOCOPY OF A GOVERNMENT ISSUED PHOTO-IDENTIFICATION CARD** (i.e. Driver's License)

**CERTIFICATE OF SERVICE**

I, Nancy C. McMillan, certify that the Motion for Payment of Unclaimed Funds was either electronically served or served via the U.S. Post Office on the 15th day of October, 2010, upon the following parties:

*(List name and address of all parties served. Service must include the following:*
*U.S. Attorney for the Southern District Of Iowa*
*U.S. Trustee for the Southern District of Iowa Panel Trustee Debtor Debtor's Attorney Any other party to this motion)*

Office of the United States Attorney
Attn: Civil Process Clerk
110 E. Court Ave., Ste. 286
Des Moines, IA 50309

Office of the United States Trustee
Federal Building
210 Walnut, Room 793
Des Moines, IA 50309

Wesley B. Huisinga
115 3rd St SE, Ste 500
PO Box 2107
Cedar Rapids, IA 52406-2107

WOLFORD CORPORATION
PO Box 6025
Des Moines, IA 50309

John P Roehrick
505 5th Ave Ste 535
Des Moines, IA 50309-2320

Signature Nancy C. McMillan
Name Nancy C. McMillan

Address APL, Inc., 3855 S. Boulevard,

Suite 200, Edmond, OK 73013

Telephone 405-340-4900