UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
110 E. Court Avenue, Ste 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:          Case No.

Wolford Corporation      03-05764

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now comes (movant's name, address, telephone number:) John Hernandez and Lynett Hernandez 4857 Woodland Ave. #6 West Des Moines, IA 50266  515-339-8043 (hm.)  515-402-3985 (cel) represented by myself/ourselves, hereby requests that the court enter an Order for Payment of Unclaimed Funds, and in support of the motion, states:

A check in the amount of $ 8660.27 belonging to (name of original creditor/claimant) John Hernandez and Lynett Hernandez was tendered to the Clerk of Bankruptcy Court by the case trustee as unclaimed funds.

The amount stated is being held in the Treasury of the United States as unclaimed funds.

Movant is entitled to receive the requested funds based upon (check all that apply):

☑ Movant is the owner of said funds being the owner appearing on the records of this Court.

☐ Movant is the assignee of the owner of the claim to said funds, as evidenced in the attached Affidavit or Assignment or Right.

☐ Movant is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents.

☐ Movant is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents.

☐ Movant is named in a LIMITED POWER OF ATTORNEY by (grantor) _____, as evidenced in the attached Power of Attorney document that empowers the movant to collect the unclaimed funds described above on behalf of the grantor:

☐ As the owner of the claim.
☐ As the owner's attorney at law, with authorization to receive said funds.
☐ As the assignee of the owner's claim to said funds.
☐ As the owner's successor in interest.
☐ As the personal representative of the owners estate.

The following documents are submitted, as proof of the movant's identity and status as the owner of claim of entitlement:

☐ Power of Attorney
☐ Formal Assignment
☐ Letter of Appointment
☐ Court Order
☒ Other (describe) _Identification form_

**WHEREFORE**, movant requests the Court to enter an Order Directing Payment of the Unclaimed Funds described above to _John J. Hernandez and LynEtt Hernandez_ at the following address _4857 Woodland Ave. #6_ _West Des Moines, IA 50266_ in accordance with the documents submitted in support of this motion.

The movant declares under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. The movant understands that they may be subject to a fine or imprisonment, or both, if they have knowingly and fraudulently made any false statements in this document.

Date: 10-25-10

Signature _John J. Hernandez   LynEtt Hernandez_
Name _John J. Hernandez, LynEtt Hernandez_
Title _N/A_
Address _4857 Woodland, #6_
_West Des Moines, IA 50266_

SUBSCRIBED AND SWORN before me this _25_ day of _October_, 20_10_.

Signature: _R Yanqui_
NOTARY PUBLIC in and for the State of _Iowa_, Residing in _Polk_ County.
My commission expires: _10-4-13_

R YANQUI
Commission Number 764952
My Commission Expires
October 04, 2013

# CERTIFICATE OF SERVICE

I, _John Hernandez_, certify that the Motion for Payment of Unclaimed Funds was either electronically served or served via the U.S. Post Office on the _25th_ day of _October_, 20_10_, upon the following parties:

(List *name and address* of all parties served. Service must include the following:
U.S. Attorney for the Southern District of Iowa
110 East Court Avenue
Room 286 US Courthouse Annex
Des Moines, IA  50309

U.S. Trustee for the Southern District of Iowa
Federal Building, Room 793
210 Walnut Street
Des Moines, IA  50309

*Case Trustee*

_____
_____
_____
_____

*Debtor*

_____
_____
_____
_____

*Debtor's Attorney*

_____
_____
_____
_____

*Any other party to this motion)*

_____
_____
_____
_____

Signature _John Hernandez_
Name     _John Hernandez_
Address  _4857 Woodland Ave #6 West Des Moines, IA 50266_
Telephone _515-339-8013 home_
         _515-402-3985 cell_

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
110 E. Court Avenue, Ste 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:        Case No.

Wolford Corporation      03-05764

### IDENTIFICATION FORM FOR UNCLAIMED FUNDS

### *INDIVIDUAL*

I, John Hernandez, hereby state that I am a creditor in the above-named case and request payment of my unclaimed funds.

Address: 4857 Woodland Ave. #6
West Des Moines, IA 50266

Social Security Number: XXX-XX-1439

Signature: John Hernandez
Name: John Hernandez
Address: 4857 Woodland Ave. #6
West Des Moines, IA 50266
Telephone: 515-339-8043 home
515-402-3985 cell

## ATTACH A PHOTOCOPY OF A GOVERNMENT ISSUED PHOTO-IDENTIFICATION CARD (i.e. Driver's License)



UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
110 E. Court Avenue, Ste 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of: Wolford Corporation

Case No. 03-05764

### IDENTIFICATION FORM FOR UNCLAIMED FUNDS

### *INDIVIDUAL*

I, LynEtt Hernandez, hereby state that I am a creditor in the above-named case and request payment of my unclaimed funds.

Address: 4857 Woodland Ave. #6
West Des Moines, IA 50266
Social Security Number: XXX-XX-1397

Signature: LynEtt Hernandez
Name: LynEtt Hernandez
Address: 4857 Woodland Ave. #6
West Des Moines, IA 50266
Telephone: 515-339-8043

## ATTACH A PHOTOCOPY OF A GOVERNMENT ISSUED PHOTO-IDENTIFICATION CARD (i.e. Driver's License)

J:\Web\Forms\PDF Files\ID Ind Unclaimed Funds 7/13/10